UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR04-0072-JCC |
| v. ) | |
| ) | **PROPOSED FINDINGS OF FACT AND** |
| MICHAEL PETER SIMONSON, ) | **DETERMINATION AS TO ALLEGED** |
| ) | **VIOLATIONS OF SUPERVISED** |
| Defendant. ) | **RELEASE** |
| ) | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 28, 2008. The defendant appeared pursuant to an arrest warrant. The United States was represented by Katheryn Frierson, and defendant was represented by Peter Avenia. Also present was U.S. Probation Officer Richard Cowan. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on June 18, 2004 by the Honorable John C. Coughenour, for mail fraud. He received a sentence of 57 months of imprisonment and three years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATIONS

In a petition dated May 8, 2008, Supervising U.S. Probation Officer Margaret K. Kellow

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

alleged that defendant violated the following conditions of supervised release:

    1. Failing to report to the probation officer as directed on or about April 17, 2008, in violation of standard condition two.

    2. Committing the crime of check fraud/forgery in Seattle, Washington, on or about February 24, 2008 to April 2, 2008 in violation of the general condition that defendant not commit a crime.

    3. Failing to notify the probation officer of defendant's dismissal from employment on or about March 12, 2008, in violation of condition six.

    4. Failing to notify the probation officer of a change in address, on or about April 7, 2008 in violation of general condition six.

After defendant was advised of his right to a hearing and to contest these allegations he admitted violations 1, 2, 3, and 4. Defendant was previously ordered detained and remains in custody.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated conditions 1, 2, 3, and 4 of his supervised release as alleged above.

DATED this 28th day of August, 2008.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge